UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  : CASE NO. 2:14-cr-4 8 FtM-29 DNF

DEENA WILLIAMS, : 21 U.S.C. §§ 846; 841(a)(1); 841(b)(1)(C)
a/k/a "Deen Perkins," and
TITUS LAMAR BELLOT

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

From a date unknown, but at least by on or about April 21, 2014, up to and including on or about April 25, 2014, in Lee County, in the Middle District of Florida, and elsewhere,

DEENA WILLIAMS,
a/k/a "Deen Perkins," and
TITUS LAMAR BELLOT,

defendants herein, did knowingly, willfully and intentionally combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury to possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of 3,4-Methylenedioxy-N-methylcathinone (Methylone), a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## FORFEITURES

1. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 21, United States Code, Section 853.

2. From their engagement in the violation alleged in Count One of this Indictment, punishable by imprisonment for more than one year, the defendants,

> DEENA WILLIAMS,
> a/k/a "Deen Perkins," and
> TITUS LAMAR BELLOT,

shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), all of their interest in:

    a. Property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation;

    b. Property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under

the provision of Title 21, United States Code, Section 853(p).

A TRUE BILL.

Date: 4-30-14

_____
FOREPERSON

A. LEE BENTLEY, III
United States Attorney

BY: _____
JEFFREY F. MICHELLAND
Assistant United States Attorney
Trial Counsel

BY: _____
MICHAEL C. BAGGÉ-HERNÁNDEZ
Assistant United States Attorney
Asset Forfeiture

BY: _____
JESUS M. CASAS
Assistant United States Attorney
Chief, Fort Myers Division

3

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

DEENA WILLIAMS,
a/k/a "Deen Perkins," and
TITUS LAMAR BELLOT

## INDICTMENT

Violations:

21 U.S.C. § 846; § 841(a)(1); § 841(b)(1)(C)

A true bill,

_____
Foreperson

Filed in open court this 30th day

of April, 2014.

_____
Clerk

Bail   $_____

GPO 863 525

Indictment Back.docx