FILED

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
2014 MAY -7 AM 8:52

for the

Middle District of Florida

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

United States of America
v.

TITUS LAMAR BELLOT

)
)
)
)
)
)
)

Case No.  2:14-cr- 48-FtM-29DNF

*Defendant*

2014 MAY -1 AM 8:
MIDDLE DIST. OF FLORIDA
FT. MYERS

RECEIVED
U.S. MARSHAL

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Titus Lamar Bellot                                           ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute Methylone, in violation of Title 21, United States code, Section(s) 846; 841(a)(1); and 841(b)(1)(C).

Date:    04/30/2014

*Issuing officer's signature*

City and state:   Fort Myers, Florida

SHERYL L. LOESCH, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 5-1-14, and the person was arrested on *(date)* 4-25-14
at *(city and state)*                              .

Date:  5-6-14

*Arresting officer's signature*

LEELUND E. BOWMAN, DUSM
*Printed name and title*