UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

DEENA WILLIAMS,
a/k/a "Deen Perkins," and
TITUS LAMAR BELLOT

Case No. 2:14-cr-48-FtM-29DNF

## NOTICE OF DISCOVERY

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney, and pursuant to the Criminal Scheduling Order, hereby gives notice to the Court that it has provided the attached discovery to defense counsel on May 22, 2014.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By: s/Jeffrey F. Michelland
JEFFREY F. MICHELLAND
Assistant United States Attorney
USA No. 024
2110 First Street, Suite 3-137
Fort Myers, Florida 33901
Telephone: (239) 461-2200
Facsimile: (239) 461-2219
E-mail: Jeffrey.Michelland@usdoj.gov

U.S. v. Deena Williams et al.   Case No. 2:14-cr-48-FtM-29DNF

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Russell K. Rosenthal
russ_rosenthal@fd.org

Joseph G. Viacava
jgviacava@wilburlaw.com

                                             *s/Jeffrey F. Michelland*
                                             JEFFREY F. MICHELLAND
                                             Assistant United States Attorney