UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                              CASE NO: 2:14-cr-48-FtM-29DNF

DEENA WILLIAMS,
TITUS LAMAR BELLOT

_____

### ORDER

This cause is before the Court following a status conference held August 11, 2014.

At the hearing, defense counsel moved for a continuance of trial until the November 2014 trial term. The Government had no objection.

Accordingly, the oral motion is **GRANTED**. This case is continued until the November 2014 trial term, commencing November 3, 2014. After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant(s) in a speedy trial. The Court, therefore, determines that the time from today until the end of the November 2014 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Another status conference is scheduled for **October 14, 2014** at **11:00 AM** before the undersigned.

**DONE AND ORDERED** at Fort Myers, Florida, this 14th day of August, 2014.

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies: All Parties