UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

UNITED STATES OF AMERICA,                    Case No. 2:14-cr-48-FtM-29DNF

          Plaintiff,     ☐
          Government  ☒              ☐  Evidentiary
                                       ☒  Trial
v.                                          ☐  Other

TITUS LAMAR BELLOT

          Defendant    ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1A | FEB 1 1 2015 | FEB 1 2 2015 | J. Yost | Methylone and Packaging |
| 1B | FEB 1 1 2015 | FEB 1 1 2015 | F. Hassan | Custody Receipt for Seized Property and Evidence |
| 1C | FEB 1 1 2015 | FEB 1 1 2015 | A. Aquino | Photograph of Drugs |
| 2 | FEB 1 1 2015 | FEB 1 1 2015 | J. Yost | Photograph of Residence |
| 3 | FEB 5 | FEB 1 1 2015 | M. Cavic | UPS Tracking Form |
| 4 | FEB 1 1 2015 | FEB 1 1 2015 | R. Kastner | Diagram of Residence |
| 5A –5C | FEB 1 1 2015 | FEB 1 1 2015 | C. Wehle | Photographs |
| 6 | FEB 1 1 2015 | FEB 1 1 2015 | C. Wehle | Text Messages from Samsung Galaxy Note 3 |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 7 | FEB 1 1 2015 | FEB 1 1 2015 | C. Wehle | Samsung Galaxy Note 3 in White Case |
| 8A-8Y | FEB 1 2 2015 | FEB 1 2 2015 | D. Loerzel | Photographs |
| 9 | FEB 1 2 2015 | FEB 1 2 2015 | D. Loerzel | Samsung Cell Phone |
| 10A – 10C | | | | Photographs of Western Union Cards |
| 11 | | | | Western Union Cards |
| 12 | FEB 1 1 2015 | FEB 1 1 2015 | R. Kastner | Video Recording of Residence |
| 12A | FEB 1 1 2015 | FEB 1 1 2015 | R. Kastner | Still Photograph of Defendant from Video |
| *12B-C 12E-F | FEB 1 1 2015 FEB 1 1 2015 | FEB 1 1 2015 FEB 1 1 2015 | C. Wehle | Photographs |
| 13 | FEB 1 2 2015 | FEB 1 2 2015 | J. Yancey | Samsung Cell Phone |
| 14 | FEB 1 2 2015 | FEB 1 2 2015 | J. Yancey | Apple iPhone |
| 15 | FEB 1 2 2015 | FEB 1 2 2015 | K. Power | Text Messages from Apple iPhone |
| 16A – 16B | FEB 1 2 2015 FEB 1 2 2015 | FEB 1 2 2015 FEB 1 2 2015 | K. Power | Photographs |
| 17 | FEB 1 2 2015 | FEB 1 2 2015 | K. Power | DEA Methylone Information Screenshot from iPhone |
| 19A-19E | | | | Photographs from Apple iPhone |
| 20A-20C | | | | Emails from Apple iPhone |
| 20D | | | | Photo of Mailing Label from Apple iPhone |
| 20E-20K | | | | USPS Tracking Information from Apple iPhone |

*12D   FEB 1 2 2015   FEB 1 2 2015   J. Yancey   Photograph

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 22A | FEB 1 2 2015 | FEB 1 2 2015 | A. Blauch | AT+T Subscriber Information for 239-565-4931 |
| 22B | | | | AT+T Subscriber Information for 239-410-7896 |
| 22C | | | | AT+T Subscriber Information for 239-224-8136 |
| 23 | FEB 1 2 2015 | FEB 1 2 2015 | A. Blauch | AT+T Call Records for 239-565-4931 |
| 24 | FEB 1 2 2015 | | J. Strohm | Sprint Subscriber Information for 239-771-7317 |
| 25 | FEB 1 2 2015 | | J. Strohm | Sprint Call Records for 239-771-7317 |
| 26A | | | | Western Union Profile Information for Card # 206694772 in the name of Frank Taylor |
| 26B | | | | Western Union Profile Information for Card # 356929100 in the name of Issac Washington |
| 26C | | | | Western Union Profile Information for Card # 356922974 in the name of Jim Tate |
| 27A | | | | Western Union Excel Spreadsheet for Card # 206694772 in the name of Frank Taylor |
| 27B | | | | Western Union Excel Spreadsheet for Card # 356929100 in the name of Issac Washington |
| 27C | | | | Western Union Excel Spreadsheet for Card # 356922974 in the name of Jim Tate |
| 28 | | | | Publix Video from Store # 1352 |
| 29 | | | | Publix Video from Store # 452 |
| 30 | | | | Publix Video from Store # 452 |
| 31 | | | | Publix Video from Store # 1327 |
| 32 | | | | Publix Video from Store # 1280 |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 33 | | | | Publix Video from Store # 864 |
| 34 | | | | Publix Video from Store # 1156 |
| 35 | | | | Publix Video from Store # 426 |
| 36 | | | | Publix Video from Store # 854 |
| 37 | | | | Publix Video from Store # 162 |
| 39A | FEB 1 2 2015 | FEB 1 2 2015 | J. Bryant | Audio Recording of Phone Call from Charlotte County Jail on 4-25-14. |
| 39B | FEB 1 2 2015 | FEB 1 2 2015 | James Yost | Transcript for Audio Recording of Phone Call from Charlotte County Jail on 4-25-14. |
| 40A | FEB 1 2 2015 | FEB 1 2 2015 | J. Bryant | Audio Recording of Phone Call from Charlotte County Jail on 4-25-14. |
| 40B | FEB 1 2 2015 | FEB 1 2 2015 | James Yost | Transcript for Audio Recording of Phone Call from Charlotte County Jail on 4-25-14. |
| 41 | FEB 1 2 2015 | FEB 1 2 2015 | ——— | Stipulation |
| 42 | FEB 1 2 2015 | FEB 1 2 2015 | K. Power | FM Apple Dump |
| 43 | FEB 1 2 2015 ID Only | | K. Power | FM Apple Dump |
| 44 | FEB 1 2 2015 ID only | | K. Power | Black Bag Report of Investigation |
| 45 | FEB 1 2 2015 | FEB 1 2 2015 | K. Power | |

Page 5

Government

## EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 46 | FEB 1 2 2015 | FEB 1 2 2015 | K. Power | 2014-02-03 iphone texts |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |