UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA FT. MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No.  Case No: 2:14-cr-000048-JES-DNF-2

TITUS LAMAR BELLOT

_____/

## NOTICE OF APPEAL

COMES NOW, the Defendant in the above matter, Titus Bellot, by and through his undersigned counsel, Joseph G. Viacava and respectfully notifies this Court of Bellot's intent to appeal to the United States Court of Appeals for the Eleventh Circuit, the Judgment and sentence entered in this case on July 27, 2015.

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jeffrey F. Michelland
Jeffrey.Michelland@usdoj.gov

Russell K. Rosenthal
Russ_rosenthal@fd.org

/s/Joseph G. Viacava

JOSEPH G. VIACAVA
The Viacava Law Firm
Post Office Box 730
Fort Myers, FL 33902